DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 JANUARY 2014

| 574P13 | State v. Jonathan Ray Williams | Def's PDR Under N.C.G.S. § 7A-31 (COA13-246) | Denied |
|---|---|---|---|
| 576P07-4 | Moses Leon Faison v. N.C. Parole Commission and Paul G. Butler, Jr. | 1. Plt's *Pro Se* Motion for Amended Complaint<br><br>2. Plt's *Pro Se* Motion for Discrimination | 1. Dismissed<br><br>2. Dismissed |
| 578P13 | In the Matter of: M.S.M.K.R. and M.S.K.K.R. | Respondent-Mother's *Pro Se* NOA Based Upon a Constitutional Question (COA13-737) | Dismissed *Ex Mero Motu* |
| 581P13 | State v. Marshall Lee Brown, Jr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Iredell County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 582P13 | State v. James Samuel Hill, Jr. | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-106) | Denied |
| 583P13 | State v. Joseph David Bowden | 1. Def's Motion for Temporary Stay (COA13-290)<br><br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's NOA Based Upon a Constitutional Question<br><br>4. Def's PDR Under N.C.G.S. § 7A-31<br><br>5. State's Motion to Dismiss Appeal | 1. Allowed **12/27/2013** Dissolved **01/23/2014**<br><br>2. Denied<br><br>3. —<br><br>4. Denied<br><br>5. Allowed |
| 585P13 | State v. Jamar Antonio Martin | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-374) | Denied |